**SURRANO LAW OFFICES**
Attorneys at Law

7114 E. Stetson Dr., Suite 300
Scottsdale, Arizona 85251
Phone: (602) 264-1077
Fax: (602) 264-2213

Charles J. Surrano III (007732) cjs@surranolawfirm.com
John N. Wilborn (013714) jnw@surranolawfirm.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Robert White, an Arizona resident, | Case No.: 2:15-cv-00980-PHX-DJH |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| Evanston Insurance Company, a foreign insurer, | |
| Defendant. | |

Plaintiff, through undersigned counsel, gives notice that the parties have settled all claims in this matter. The parties are circulating settlement documents and plan to file the appropriate dismissal pleadings within 30 days.

DATED:   June 1, 2017.

SURRANO LAW OFFICES

By:   s/ John N. Wilborn
       Charles J. Surrano, III
       John N. Wilborn
       7114 E. Stetson Dr., Suite 300
       Scottsdale, Arizona  85251
       Attorney for Plaintiff

1

# CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2017, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Michael J. Raymond
>Raymond, Greer & McCarthy, P.C.
>7373 North Scottsdale Rd., Suite D-210
>Scottsdale, Arizona 85253
>mraymond@raymondgreerlaw.com
>Attorneys for Defendant Evanston Insurance Company

s/ Jennie Leetham