# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert White,<br><br>        Plaintiff,<br><br>v.<br><br>Evanston Insurance Company,<br><br>        Defendant. | No. CV-15-00980-PHX-DJH<br><br>**ORDER** |

The Court having received the parties' Stipulation to Dismiss with Prejudice (Doc. 74), filed on July 27, 2017,

**IT IS ORDERED** granting the Stipulation (Doc. 74) and dismissing this action in its entirety, **with prejudice**, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 27th day of July, 2017.

_____
Honorable Diane J. Humetewa
United States District Judge